# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIKA MALONE,<br><br>                              Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC,<br><br>                            Defendant. | CASE NO. 13cv378-MMA (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 32] |

The parties jointly move under Federal Rule of Civil Procedure 41 to dismiss the above-captioned individual action in its entirety with prejudice. Upon considering the joint motion and for good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** the above-captioned individual action with prejudice pursuant to Rule 41(a)(1). The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

DATED: May 9, 2014

*Michael M. Anello*
Hon. Michael M. Anello
United States District Judge